SCWC-12-0000119

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EMERSON M.F. JOU, M.D.,
Petitioner/Plaintiff-Appellant,

vs.

K. KENNETH SIU, an individual, aka KING-SAU KENNETH SIU,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000119; CIV. NO.  09-1-2758-11)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting, C.J., Acoba, McKenna, and Pollack, JJ.
and Circuit Judge Del Rosario,
in place of Recktenwald, C.J., recused)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on May 17, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 17, 2013.

Stephen M. Shaw                    /s/ Paula A. Nakayama
for petitioner

                                   /s/ Simeon R. Acoba, Jr.
King-sau Kenneth Siu
respondent pro se                  /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Dexter D. Del Rosario

